440 A.2d 1257

Commonwealth v. Meinert, Appellant.

Petition for Allowance of Appeal Denied March 19, 1982.

Submitted April 14, 1981. Philip P. Lope, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Order affirmed.

440 A.2d 1258

Commonwealth v. Mosser, Appellant.

Argued December 4, 1980. Annabella D. Mosser, appellant, in propria persona; Charles M. Guthrie, Jr., Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Conviction and sentence affirmed.